Circuit Court for Montgomery County
Case No. 475921V

Argued: September 8, 2022

IN THE COURT OF APPEALS

OF MARYLAND

No. 2

September Term, 2022

———————————————————

M. ABRAHAM AHMAD

v.

MEHDI AHMAD & GITI AHMAD
REVOCABLE TRUST, ET AL.

———————————————————

Watts
Hotten
Booth
Biran
Gould
Eaves,
Harrell, Glenn T., Jr. (Senior
Judge, Specially Assigned),

JJ.

———————————————————

PER CURIAM ORDER

———————————————————

Filed: September 8, 2022

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| M. ABRAHAM AHMAD | * | IN THE |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| v. | * | COA-REG-0002-2022 |
| | * | No. 2 |
| MEHDI AHMAD & GITI AHMAD | | |
| REVOCABLE TRUST, et al. | * | September Term, 2022 |

# PER CURIAM ORDER

The petition for writ of certiorari in the above-captioned case having been granted and argued, it is this <u>8th</u> day of September, 2022,

**ORDERED**, by the Court of Appeals of Maryland, that the writ of certiorari is hereby dismissed with costs, the petition having been improvidently granted.

/s/ Shirley M. Watts
Senior Judge